JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COOPER HARDWARE, INC.,<br>a California Corporation;<br>and Does 1-10,<br><br>　　　　Defendants. | Case: 2:15-CV-09455-FMO-RAO<br><br>**ORDER** |

**<u>ORDER</u>**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: <u>May 10, 2016</u>　　　　　　　　/s/
　　　　　　　　　　　　　HONORABLE FERNANDO M OLGUIN
　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1

Joint Stipulation for Dismissal　　　Case: 2:15-CV-09455-FMO-RAO